UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRIA NEMODA,<br>Plaintiff,<br><br>v.<br><br>TOWN OF BURLINGTON, ROBERT MERCIER, individually and in his capacity as Town Administrator, SHARON WALKER MASTENBROOK, individually and in her capacity as Director of Public Health, CATHY PICCOLO, individually and in her capacity as Principal Clerk, EUGENE T. MCSWEENEY, individually and in his capacity as Board of Health Chairman, DR. EDWARD WEINER, individually and in his capacity as Board of Health Vice Chairman, DR. CATHERINE READ, JAMES DION and DR. WAYNE SALTSMAN, individually and in their respective capacities as Board of Health Members, jointly and severally,<br>Defendants. | C.A. NO. 11-10547 |

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT**
**28 U.S.C. § 1441(a)**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Petitioners, TOWN OF BURLINGTON, ROBERT MERCIER, individually and in his capacity as Town Administrator, SHARON WALKER MASTENBROOK, individually and in her capacity as Director of Public Health, CATHY PICCOLO, individually and in her capacity as Principal Clerk, EUGENE T. MCSWEENEY, individually and in his capacity as Board of Health Chairman, DR. EDWARD WEINER, individually and in his capacity as Board of Health Vice Chairman, DR. CATHERINE READ, JAMES DION and DR. WAYNE SALTSMAN, individually and in their respective capacities as Board of Health Members, jointly and severally, respectfully petition this Court, pursuant to 28 U.S.C. § 1441(a), for removal of the above-

entitled action to the United States District Court for the District of Massachusetts, Civil Section, from the Superior Court of the Commonwealth of Massachusetts in and for Middlesex County, and for its Notice of Removal states as follows:

1. The petitioners are named as defendants by the plaintiff, Andria Nemoda, in a civil action filed in the Superior Court of the Commonwealth of Massachusetts in and for Middlesex County, entitled *Andria Nemoda v. Town of Burlington, et al.*, Civil Action No. MICV2011-00858. On March 21, 2011, the petitioners were served with a Summons and a copy of the plaintiff's Complaint. Copies of the Summons and Complaint served upon the petitioner Town of Burlington are attached hereto as Exhibits "A" and "B," respectively. The petitioners have not yet answered or otherwise responded to said Summons and Complaint, nor has an appearance been filed in Middlesex Superior Court on their behalf.

2. This is a suit of a wholly civil nature brought in a Massachusetts state court. The action is pending in Middlesex County, Massachusetts, and, accordingly, under 29 U.S.C. § 101 and 28 U.S.C. § 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal.

3. In various counts of her action, the plaintiff seeks relief for the alleged violation of her civil rights by the petitioners under 42 U.S.C. § 1983 and 42 U.S.C. § 1985(3). The plaintiff seeks further relief for the injuries and damages she allegedly suffered as a result of this violation.

4. Because this civil action arises at least in part under the Constitution and laws of the United States, the United States District Court has original jurisdiction under 28 U.S.C. § 1331.

5. The petitioners are filing this Notice of Removal within thirty (30) days of service of the Summons and Complaint, within thirty days of the date this action became removable, and within the time for filing this petition. See 28 U.S.C. § 1446.

6. The petitioner will file a Notice of Filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Superior Court of Massachusetts, County of Middlesex.

7. Pursuant to Local Rule 81.1(a), the petitioners shall request of the Clerk of the Superior Court of Massachusetts, County of Middlesexl, certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein, and shall file the same with this Court within thirty (30) days after the filing of this Notice of Removal.

WHEREFORE, petitioners pray that the above-entitled action now pending in the Superior Court of the Commonwealth of Massachusetts in and for Middlesex County be removed from that Court to this United States District Court.

Respectfully submitted,

The Defendants,
TOWN OF BURLINGTON, ROBERT MERCIER, individually and in his capacity as Town Administrator, SHARON WALKER MASTENBROOK, individually and in her capacity as Director of Public Health, CATHY PICCOLO, individually and in her capacity as Principal Clerk, EUGENE T. MCSWEENEY, individually and in his capacity as Board of Health Chairman, DR. EDWARD WEINER, individually and in his capacity as Board of Health Vice Chairman, DR. CATHERINE READ, JAMES DION and DR. WAYNE SALTSMAN, individually and in their respective capacities as Board of Health Members, jointly and severally,
By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

/s/ Adam Simms
Adam Simms, BBO #632617
90 Canal Street
Boston, MA 02114
(617) 350-0950
asimms@piercedavis.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, Notice of Removal to the United States District Court U.S.C. § 1441(a), filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon counsel of record as follows on March 31, 2011:

John G. DiPiano, Esq.
Stephanie A. Wittbecker, Esq.
DiPiano Godson LLP
210 Broadway, Suite 202
Lynnfield, MA 01940

/s/ Adam Simms
Adam Simms