UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRIA NEMODA,<br>Plaintiff,<br><br>v.<br><br>TOWN OF BURLINGTON, ROBERT MERCIER, individually and in his capacity as Town Administrator, SHARON WALKER MASTENBROOK, individually and in her capacity as Director of Public Health, CATHY PICCOLO, individually and in her capacity as Principal Clerk, EUGENE T. MCSWEENEY, individually and in his capacity as Board of Health Chairman, DR. EDWARD WEINER, individually and in his capacity as Board of Health Vice Chairman, DR. CATHERINE READ, JAMES DION and DR. WAYNE SALTSMAN, individually and in their respective capacities as Board of Health Members, jointly and severally,<br>Defendants. | C.A. NO. 11-10547 |

**TOWN OF BURLINGTON'S AND TOWN OFFICIALS'**
**<u>MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>**

Now come the Defendants Town of Burlington, Robert Mercier, individually and in his capacity as Town Administrator, Sharon Walker Mastenbrook, individually and in her capacity as Director of Public Health, Cathy Piccolo, individually and in her capacity as Principal Clerk, Eugene T. McSweeney, individually and in his capacity as Board of Health Chairman, Dr. Edward Weiner, individually and in his capacity as Board of Health Vice Chairman, Dr. Catherine Read, James Dion and Dr. Wayne Saltsman, individually and in their respective capacities as Board of Health Members, pursuant to Federal Rule of Civil Procedure 12(b)(6), and hereby move this Honorable Court to Dismiss all Counts of Plaintiff's Complaint against them for failure to state a claim upon which relief can be granted.

In further support of this Motion, the Defendants submit the accompanying Memorandum of Law.

WHEREFORE, the Defendants respectfully request that this Honorable Court grant this Motion to Dismiss, Ordering the Dismissal of all Counts of the Plaintiff's Complaint against them, with prejudice, and such other relief this Court deems just and proper.

Respectfully submitted,

The Defendants,
TOWN OF BURLINGTON, ROBERT MERCIER, individually and in his capacity as Town Administrator, SHARON WALKER MASTENBROOK, individually and in her capacity as Director of Public Health, CATHY PICCOLO, individually and in her capacity as Principal Clerk, EUGENE T. MCSWEENEY, individually and in his capacity as Board of Health Chairman, DR. EDWARD WEINER, individually and in his capacity as Board of Health Vice Chairman, DR. CATHERINE READ, JAMES DION and DR. WAYNE SALTSMAN, individually and in their respective capacities as Board of Health Members,
By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

/s/ Adam Simms
Adam Simms, BBO #632617
90 Canal Street
Boston, MA 02114
(617) 350-0950
asimms@piercedavis.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, Town of Burlington's and Town Officials' Motion to Dismiss Plaintiff's Complaint, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on April 11, 2011.

/s/ Adam Simms
Adam Simms