UNITED STATES DISTRICT COURT
DICTRICT OF MASSACHUSETTS

ANDRIA NEMODA,
Plaintiff,
v.

TOWN OF BURLINGTON, et. al.,
Defendants.

**C.A. NO. 11-10547**

**PLAINTIFF'S OPPOSITION TO TOWN OF BURLINGTON'S AND TOWN OFFICIALS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

NOW COMES Plaintiff, Andria Nemoda, and hereby opposes Defendants' Motion to Dismiss Plaintiff's Complaint.

As grounds therefore, Plaintiff respectfully submits a Memorandum of Law in Support her Opposition contemporaneously herewith, and which is incorporated by reference herein.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court deny Defendants' Motion to Dismiss, together with such other relief this court deems meet and just.

Respectfully Submitted,
The Plaintiff,
By her Attorneys,

Dated: April 22, 2011

/s/ John G. DiPiano
John G. DiPiano (BBO#630134)
Stephanie A. Wittbecker (BBO#675572)
DiPIANO GODSON LLP
210 Broadway, Suite 202
Lynnfield, MA 01940
781-780-7080 (tel.)
781-780-7081 (fax.)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, Plaintiff's Opposition To Town Of Burlington's And Town Officials' Motion To Dismiss Plaintiff's Complaint, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on April 22, 2011.

/s/ John G. DiPiano
John G. DiPiano