UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRIA NEMODA,<br>Plaintiff,<br><br>v.<br><br>TOWN OF BURLINGTON, ROBERT MERCIER, individually and in his capacity as Town Administrator, SHARON WALKER MASTENBROOK, individually and in her capacity as Director of Public Health, CATHY PICCOLO, individually and in her capacity as Principal Clerk, EUGENE T. MCSWEENEY, individually and in his capacity as Board of Health Chairman, DR. EDWARD WEINER, individually and in his capacity as Board of Health Vice Chairman, DR. CATHERINE READ, JAMES DION and DR. WAYNE SALTSMAN, individually and in their respective capacities as Board of Health Members, jointly and severally,<br>Defendants. | C.A. NO. 11-10547 |

**LOCAL RULE 16.1 CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), the Defendants TOWN OF BURLINGTON, ROBERT MERCIER, individually and in his capacity as Town Administrator, SHARON WALKER MASTENBROOK, individually and in her capacity as Director of Public Health, CATHY PICCOLO, individually and in her capacity as Principal Clerk, EUGENE T. MCSWEENEY, individually and in his capacity as Board of Health Chairman, DR. EDWARD WEINER, individually and in his capacity as Board of Health Vice Chairman, DR. CATHERINE READ, JAMES DION and DR. WAYNE SALTSMAN, individually and in their respective capacities as Board of Health Members, and counsel for the defendants hereby certify that they have conferred:

1. with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

On behalf of the named Defendants:

Robert Mercier, Town Administrator
Town of Burlington
29 Center Street
Burlington, MA
(781) 270-1600

Counsel for the Defendants:

Adam Simms, BBO #632617
**PIERCE, DAVIS & PERRITANO, LLP**
90 Canal Street
Boston, MA 02114
(617) 350-0950

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 17 day of June, 2011.

Adam Simms