UNITED STATES DISTRICT COURT
DICTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRIA NEMODA,<br>Plaintiff,<br>v.<br><br>TOWN OF BURLINGTON, ROBERT MERCIER, individually and in his capacity as Town Administrator, SHARON WALKER MASTENBROOK, individually and in her capacity as Director of Public Health, CATHY PICCOLO, individually and in her capacity as Principal Clerk, EUGENE T. McSweeney, Individually, and in his capacity as Board of Health Chairman, DR. EDWARD WEINER, individually and in his capacity as Board of Health Vice Chairman, DR. CATHERINE READ, JAMES DION and DR. WAYNE SALTSMAN, individually and in their respective capacities as Board of Health Members, jointly and severally,<br>Defendants. | **C.A. NO. 11-10547** |

**PROPOSED SCHEDULING ORDER**

On June 13, 2011, counsel for all parties held a discovery scheduling conference, pursuant to Fed. R. Civ. P. 26(f). Attorney Stephanie Wittbecker represented the Plaintiff in this conference and Attorney Adam Simms represented the Defendants in this conference.

**I. Required Disclosures Under Fed. R. Civ. P. 26(a)**

Parties have agreed that all mandatory disclosures shall be made on or before August 31, 2011.

**II. Discovery**

Parties have agreed that all non-expert discovery shall be completed on or before December 31, 2011.

**III. Experts**

Parties have agreed to the following expert disclosure schedule:

a. Plaintiff – January 31, 2012
b. Defendants – February 28, 2012
c. All Expert Discovery Completed – March 30, 2012

**IV. Motions**

Parties have agreed to allow the Court to set the Motion schedule.

Respectfully Submitted,
The Plaintiff,
By her Attorneys,

/s/ John G. DiPiano

John G. DiPiano (BBO#630134)
Stephanie A. Wittbecker (BBO#675572)
DiPIANO GODSON LLP
210 Broadway, Suite 202
Lynnfield, MA 01940
781-780-7080 (tel.)
781-780-7081 (fax.)

Respe ctfully Submitted,
The Defendants,
By their Attorney,

/s/ Adam Simms

Adam Simms (BBO# 632617)
PIERCE, DAVIS & PERRITANO, LLP
90 Canal Street
Boston, MA 02114
617-350-0950 (tel.)