UNITED STATES DISTRICT COURT
DICTRICT OF MASSACHUSETTS

ANDRIA NEMODA,
Plaintiff,
v.

TOWN OF BURLINGTON, ROBERT MERCIER, individually and in his capacity as Town Administrator, SHARON WALKER MASTENBROOK, individually and in her capacity as Director of Public Health, CATHY PICCOLO, individually and in her capacity as Principal Clerk, EUGENE T. McSweeney, Individually, and in his capacity as Board of Health Chairman, DR. EDWARD WEINER, individually and in his capacity as Board of Health Vice Chairman, DR. CATHERINE READ, JAMES DION and DR. WAYNE SALTSMAN, individually and in their respective capacities as Board of Health Members, jointly and severally,
Defendants.

**C.A. NO. 11-10547**

## LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), the Plaintiff and counsel for the Plaintiff hereby certify that they have conferred regarding the following:

1. Establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and
2. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Plaintiff:

Andria Nemoda

Counsel for Plaintiff:

John G. DiPiano, BBO#630134
Stephanie A. Wittbecker, BBO#675572
DiPiano Godson LLP
210 Broadway, Suite 202
Lynnfield, MA 01940
(781) 780-7080 (tel.)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the EFC system will be sent electronically to t he registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 22nd day of June, 2011.

Stephanie A. Wittbecker