TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: — TORT — MOTOR VEHICLE TORT — CONTRACT — EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT CIVIL ACTION

No. 11-0858




ANDRIA NEMODA, Plaintiff(s)

v.

TOWN OF BURLINGTON, et al, Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon John G. DiPiano plaintiff's attorney, whose address is 210 Broadway, Suite 202 Lynnfield, MA 01940, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at 200 Trade Center 2nd Flr. Woburn, MA 01801 either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse**, Esquire, at Woburn, MA the 17th day of March, in the year of our Lord 2011.

[signature]

Clerk

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

**PROOF OF SERVICE OF PROCESS**

I hereby certify and return that on ...3/21........................................ 20.11....., I served a copy of the within summons, together with a copy of the complaint in this action,* upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):

to Dr. Catherine Read, Boston College, William F. Connell School of Nursing, Cushing Hall - 202-C, 140 Commonwealth Ave., Chestnut Hill, MA 02467 by giving them to her in hand.

Richard S. Kelley (signature)
Richard S. Kelley

Dated: ......3/21........................................, 20 11

* copy of motion for appointment of special Process Server
copy of Civil Action Cover sheet
copy of letter dated 7/22/10 to Ralph C. Patuto, Esq from John G. DiPiano, Esq

**N.B. TO PROCESS SERVER:**

**PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

( ______________________________ )
( ........3/21/11.................., 20.......... )
( ______________________________ )

**COMMONWEALTH OF MASSACHUSETTS**

MIDDLESEX ............, ss.

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION

No.

ANDRIA NEMODA ......................, Plff.

v.

TOWN OF BURLINGTON, et al ......................, Deft.

SUMMONS
(Mass. R. Civ. P. 4)

# COMMONWEALTH OF MASSACHUSETTS

## OFFICER'S RETURN

RE: ANDREA NEMODA
VS
TOWN OF BURLINGTON

I hereby certify under the penalties of perjury that on MARCH 21, 2011, I served the
1. SUMMONS
2. COPY OF MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER
3. CIVIL ACTION COVER SHEET
4. COPY OF LETTER DATED 7/22/10 TO RALPH C. PATUTO
5. COMPLAINT AND DEMAND FOR JURY TRIAL to

DR. CATHERINE READ
BOSTON COLLEGE
WILLIAM F. CONNELL SCHOOL OF NURSING
CUSHING HALL-202-C
140 COMMONWEALTH AVENUE
CHESTNUT HILL, MA 02467

BY GIVING IN HAND TO DR. CATHERINE READ.

Richard S Kelley

RICHARD S. KELLEY, CONSTABLE
POST OFFICE BOX 61
WINCHESTER, MA 01890