UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRIA NEMODA,<br>Plaintiff,<br>v.<br><br>TOWN OF BURLINGTON, et. al.,<br>Defendants. | **C.A. NO. 11-10547** |

**PLAINTIFF'S STATEMENT REGARDING EMPLOYMENT STATUS**

NOW COMES Plaintiff in the above-entitled matter, in accordance with the order of the court dated June 29, 2011 requiring that "Counsel for [P]laintiff shall file a pleading by July 11, 2011 indicating whether or not he concurs with the defendants' position that at all times the plaintiff was a provisional employee of the Town of Burlington."

After review of the employment records forwarded by the Town of Burlington, Counsel for Plaintiff states that he does concur with the defendant's position that the plaintiff was a provisional employee of the Town of Burlington at all times relevant hereto.

Respectfully submitted,
The Plaintiff,
By her Attorneys,

Dated: July 11, 2011

/s/ John G. DiPiano
____________________________

John G. DiPiano (BBO #630134)
Stephanie A. Wittbecker (BBO #675572)
DiPiano Godson LLP
210 Broadway, Suite 202
Lynnfield, MA 01970
781-780-7080 (tel.)
781-780-7081 (fax.)

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the EFC system will be sent electronically to t he registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 11th day of July, 2011.

/s/ Stephanie A. Wittbecker
Stephanie A. Wittbecker