# United States District Court
# District of Massachusetts

ANDRIA NEMODA,
Plaintiff,

v. CIVIL ACTION NO. 11-10547-RBC[1]

THE TOWN OF BURLINGTON,
ROBERT MERCIER,
individually and in his capacity
as Town Administrator,
SHARON WALKER MASTENBROOK,
individually and in her capacity
as Director of Public Health,
CATHY PICCOLO, individually and in her capacity
as Principal Clerk,
EUGENE T. MCSWEENEY, individually and in his capacity
as Board of Health Chairman,
DR. EDWARD WEINER, individually and his capacity
as Board of Health Vice Chairman,
DR. CATHERINE READ,
JAMES DION AND
DR. WAYNE SALTSMAN, individually
and in their respective capacities as
Board of Health Members, jointly and severally,
Defendants.

# ***JUDGMENT***

---

[1] With the parties' consent, this case was reassigned to the undersigned for all purposes, including trial and the entry of judgment, pursuant to 28 U.S.C. § 636(c).

COLLINGS, U.S.M.J.

The case came on before the Court on the Town of Burlington's and Town Officials' Motion to Dismiss Plaintiff's Complaint (#3). In accordance with the Memorandum and Order, Etc. (#23) entered November 3, 2011,

IT IS ORDERED AND ADJUDGED:

Judgment for the defendants on all claims brought under federal law set forth in Counts I, II, III, VII and VIII.

Judgment remanding the case to the Middlesex Superior Court for adjudication of plaintiff's remaining claims brought under state law contained in Counts IV, V, VI, IX, X, XI, XII, XIII, XIV and XV.

No costs.

The Clerk, Noreen Russo, Esq., shall take whatever steps are necessary to accomplish the remand.

SARAH ALLISON THORNTON
CLERK OF COURT

By: *Kathleen M. Dolan*

Kathleen M. Dolan
Deputy Clerk

Dated at Boston, Massachusetts
this 14th day of November, 2011.